IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HOUSTON DENTAL PROFESSIONALS P.C., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>JEFFREY T. VASKO,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 5:16-CV-109(MTT)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Plaintiffs Houston Dental Professionals, P.C. and Joseph T. Sumrall, Jr. have moved to dismiss some of Defendant Jeffrey T. Vasko's counterclaims. Doc. 6. Counterclaim Defendant Joseph G. Sumrall has moved, primarily pursuant to the doctrine of *forum non conveniens*, to dismiss Vasko's claims against him in their entirety. Joseph Sumrall's motion is based on forum selection clauses contained in the various agreements among the parties. The parties have stipulated to the remand of this entire action to the Superior Court of Houston County. Accordingly, the motions to dismiss are **TERMINATED**. Joseph Sumrall shall file a pleading in response to Vasko's claims within fourteen days unless relieved of that obligation by the Superior Court of Houston County.

**SO ORDERED**, this 2nd day of February, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT